UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTALINA FARRINGTON,

        Plaintiff,

v.                                            Case No:  6:15-cv-1630-Orl-40TBS

THORNE RESEARCH, INC. and
WILLIAM C. MCCAMY, III ,

        Defendants.
_____/

## ORDER

This cause is before the Court on the parties' Joint Motion to Dismiss with Prejudice or, Alternatively, for Leave to Submit Settlement Agreement for *In Camera* Review (Doc. 17) filed on December 4, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of No Objection was timely filed (Doc. 19), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 7, 2015 (Doc. 18), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Dismiss with Prejudice or, Alternatively, for Leave to Submit Settlement Agreement for In Camera Review (Doc. 17) is **GRANTED IN PART AND DENIED IN PART**.

3. The Motion to Dismiss with Prejudice is **GRANTED**.

    4.       The remainder of the motion is **DENIED**.

    5.       The case is **DISMISSED with prejudice**.

    6.       The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 5, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties